# CRIMINAL COURTROOM MINUTE SHEET
# PRELIMINARY / DETENTION HEARING

**DATE:** Jun 18, 2020　　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE:** M-20-210-P

**TIME IN COURT:** 15 mins　　　　　　　　　　　　　　　　　　　　　　　　**COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**　　　　　　　　**COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Shaorong Liu

Defendant States true and correct name as: _____　　**AGE:** _____

**Government Cnsl:** William Farrior and Matt Dillon　　**Defendant Cnsl:** Hilary H Clifton

**U.S. Probation Officer:** _____　　　　　　　Retained

[x] Defendant Appears, with Counsel　　　　　**Interpreter:** _____

[ ] Defendant advised of his / her right of consular notification, _____

[ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.

[ ] Parties announce ready.　　[ ] Parties provided with a _____

## PRELIMINARY HEARING

[x] Preliminary hearing waived. Waiver entered.

[ ] Government introduces evidence with testimony of ____ witness(es) and rests.　　**WITNESSES**

[ ] Defendant introduces evidence with testimony of ____ witness(es) and rests.　　1. _____

[ ] Government  [ ] Defendant rest(s) without introducing evidence.　　　　　　　2. _____

[ ] Government  [ ] Defendant proffer(s) evidence and rests.　　　　　　　　　　　3. _____

　　[ ] The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

　　[ ] The Court does not find probable cause that an offense has been committed. Defendant released.

## DETENTION HEARING

[ ] Government and Defendant make opening statement.

[ ] Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

[ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

[ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

　　[ ] Government introduces evidence with testimony of ____ witness(es) and rests.

　　[ ] Defendant introduces evidence with testimony of ____ witness(es) and rests.

　　[ ] Government  [ ] Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

　　[ ] Government  [ ] Defendant rest(s) without introducing evidence.

　　[ ] Government  [ ] Defendant proffer(s) evidence and rests.

　　[ ] Government  [ ] Defendant make(s) closing statements.

## The Court Orders:

[ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

[ ] Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

[ ] Unsecured Bond set at _____ with conditions per Release Order.

[ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.

[ ] Defendant remanded to the custody of U.S. Marshal.