IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. M-20-210-P |
| ) | |
| SHAORONG LIU, ) | |
| ) | |
| Defendant. ) | |

**ENTER ORDER:**

Defendant shall file a response to Plaintiff's Motion to Reconsider Order on Petition for Action on Conditions of Pretrial Release, Doc. 31, by Monday, August 17, 2020.  Plaintiff's Motion is set for hearing on Tuesday, August 18, 2020, at 1:00 p.m., before U.S. Magistrate Judge Shon T. Erwin.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By: s/Lesa Boles
Deputy Clerk