# COURTROOM MINUTE SHEET

**DATE:** Aug 18, 2020 **CASE:** M-20-210-P

**TIME IN COURT:** 30 mins **COURTROOM:** 304

**MAGISTRATE JUDGE SHON T. ERWIN** **COURTROOM DEPUTY ANDREA CASTER**

**STYLE:** USA v Shaorong Liu

**PROCEEDINGS:** Motion Hearing

**Plaintiff Cnsl:** Will Farrior **Defendant Cnsl:** Lacey Stevenson
  Matt Dillon
  RETAINED

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1._____ | 1._____ |
| 2._____ | 2._____ |
| 3._____ | 3._____ |

Defendant appears with Counsel as above noted. This matter comes before the court on the Government's Motion to Reconsider Order on Petition for Action on Conditions of Pretrial Release (doc# 31). The court hears argument from counsel The court grants the Government's Motion . Condition of release 7(q) is reimposed until further order from the court.